## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JESSICA MUNTON, individually and on behalf of all others similarly situated in the United States, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 3:16-cv-1011 |
| v. | ) ) | |
| METHOD PRODUCTS, PBC, a Delaware public benefit corporation, and PEOPLE AGAINST DIRTY, PBC, a a Delaware public benefit corporation, | ) ) ) ) ) | **JURY DEMAND** |
| Defendants. | ) ) | |

## CLASS ACTION COMPLAINT

Plaintiff, Jessica Munton, individually and on behalf of all others similarly situated in the United States, allege the following facts and claims upon personal knowledge, investigation of counsel, and information and belief.

### CASE SUMMARY

1.     This case arises out of Defendants People Against Dirty PBC's and Method Products PBC's ("Defendants") deceptive, unfair, and false practices regarding certain Method cleaning products, including: Method Naturally Derived Gel Hand Wash, Method Naturally Derived Foaming Hand Wash, Method Natural Daily Shower Cleaner, Method Natural All-Purpose Surface Cleaner, Method Naturally Derived Smarty Dish Plus Dishwasher Soap and Dishwasher Tabs, Method Naturally Derived Antibacterial Toilet Bowl Cleaner, Method Natural Glass + Surface Cleaner, Method Naturally Derived Foaming Bathroom Cleaner, Method Naturally Derived 4x Concentrated Laundry Detergent, Method Naturally Derived Dish + Hand Soap, Method Natural Power Foam Dish Soap, Method Natural Pure Naked

1

Moisturizing Body Wash, Method Naturally Derived Nourishing Hand Wash, Method Natural Gel and Foaming Body Wash, Method Naturally Derived Body Wash, Method Natural Dish Pump, and Method Fabric Softener (the "Products").

2.     On the label of the Products, Defendant deceptively, falsely, and unfairly represents that the Products are "natural" and/or "naturally derived," which deceives consumers into believing that the Products only contain natural ingredients.

3.     The Products are not "natural" or "naturally derived," however, because they contain a number of synthetic and potentially harmful chemicals, including, but not limited to methylisothiazinone, methylchloroisothiazilinione, benzisothiazolinone, citric acid, decyl glucoside, lauryl glucoside, glycerin, propanediol, sodium citrate, tocopheryl acetate, lactic acid, potassium citrate, potassium hydroxide, sodium gluconate, poloxamer 181, tetra-acetyl ethylene diamine, ethanol, distyrylbiphenolsulfate, monoisopropyllanomine, phenoxyethanol, polyester, ethyl glycerin acetal levulinate, benzyl alcohol, cocamide MIPA, glycol distearate, allantoin, butylene glycol, fructose, maltose, pentylene glycol, sodium lactate, sodium PCA, trehalose, urea, caprylhydroxide acid, caprylyl glycolsynthetic fragrance, and/or synthetic colors (the "Synthetic Ingredients").

4.     By claiming that the Products are "natural" and/or "naturally derived," Defendants deceive consumers into believing that the Products are only comprised of natural ingredients, when they in fact contain the Synthetic Ingredients.

5.     Plaintiff brings this case to recover damages on behalf of herself and all other citizens of the United States similarly situated, to remedy injuries sustained as a direct result of Defendants' false, deceptive, unfair, and misleading marketing and advertising, and to enjoin Defendants' ongoing deceptive omissions relating to its claims on the Products' labels and

advertising.

## THE PARTIES

6.      Plaintiff, Jessica Munton, is a resident of Monroe County, Illinois.  On multiple occasions during the Class Period (as defined below), Plaintiff purchased Method "Natural" and "Naturally Derived" Products at Target for personal, family, or household purposes after reviewing the "natural" and "naturally derived" labels, which deceived her.  If Plaintiff had known the Product was not in fact "natural" or "naturally derived," she would not have purchased the Products or would have paid less for it.  Plaintiff's claim is typical of all class members in this regard.  The label of each of the Products is substantially similar in claiming that the Product is "natural" and/or "naturally derived" when they were not.

7.      Defendant Method Products, PBC is a Delaware public benefit corporation with its principal place of business at 637 Commercial St., Suite 300, San Francisco, CA 94111.

8.      Defendant People Against Dirty, PBC, is a Delaware public benefit corporation with its principal place of business at 637 Commercial St., Suite 300, San Francisco CA 94111.

## JURISDICTION AND VENUE

9.      This Court has jurisdiction over the subject matter presented by this Class Action Complaint because it is a class action arising under the Class Action Fairness Act of 2005 ("CAFA"), which explicitly provides for the original jurisdiction of the federal courts of any class action in which any member of the Putative Class is a citizen of a state different from any Defendant, and in which the matter in controversy exceeds in the aggregate the sum of $5,000,000.00, exclusive of interest and costs. Plaintiff is a citizen of the State of Illinois, Monroe County, and Defendants can be considered citizens of California or Delaware for

3

diversity purposes.

10.    Pursuant to 28 U.S.C. § 1332(d)(2)(A), Plaintiff alleges that damages resulting from the claims in this action are in excess of $5,000,000.00, in the aggregate, exclusive of interest and costs, and as set forth below, diversity of citizenship exists under CAFA because, as more fully set forth below, Plaintiff is a citizen of Illinois, and Defendants, and can be considered a citizen of California or Delaware for diversity purposes.

11.    Venue in this judicial district is proper pursuant to 28 U.S.C. §1391(a) because, as set forth below, Defendants conduct business in, and may be found in, this district, and Plaintiff purchased the subject Products of this action in this judicial District.

## FACTUAL ALLEGATIONS

12.    Defendant manufactures, sells, and distributes household cleaning products in Illinois and throughout the United States.

13.    Knowing that consumers like Plaintiff are increasingly interested in purchasing healthy, natural, "green" products that do not contain potentially harmful synthetic ingredients and chemicals, Defendants have sought to take advantage of this growing market by labeling certain products as being "natural" and/or "naturally derived."

14.    By affixing such labels to the packaging of the Products, Defendants are able to entice consumers like Plaintiff to pay a premium for the supposed "natural" and/or "naturally derived" products.

15.    The labels of the Products are deceptive, unfair, false, and misleading in that Defendants prominently represent that the Products are "natural" or "naturally derived." The label of each of the Products is substantially similar in claiming that the Product is "natural" or "naturally derived" when they are not.

4

16.     The Products, however, are not "natural" or "naturally derived" because they contain the Synthetic Ingredients.

17.     Method Naturally Derived Gel Hand Wash in beach sage, brambleberry gelato, blue poppy, cucumber, driftwood, lemon mint, french lavender, fig + rhubarb, fresh currant, green tea + aloe, honeycrisp apple, juicy pear, mandarin mango, mulled cider, orange ginger sorbet, peppermint vanilla, pink grapefruit, pomegranate, sea minerals, sweet water, vanilla crème, and waterfall scents claims to be "naturally derived," but contains the following synthetic ingredients: citric acid, decyl glucoside, lauryl glucoside, colorant, fragrance, glycerin, methylisothiazolinone, methylchoroisothiazolinone, propanediol, sodium citrate, and tocopheryl acetate.

18.     Method Naturally Derived Gel Hand Wash - Rebecca Atwood in herb garden, sandalwood, sea spray, and sweet citrus scents claims to be "naturally derived," but contains the following synthetic ingredients: citric acid, decyl glucoside, glycerin, lauryl glucoside, colorant, fragrance, methylisothiazolinone, methylchoroisothiazolinone, sodium citrate, and tocopheryl acetate.

19.     Method Naturally Derived Foaming Hand Wash in blue poppy, brambleberry gelato, cucumber, lemon mint, french lavender, fresh currant, green tea + aloe, hibiscus flower, juicy pear, orange ginger sorbet, mandarin mango, mulled cider, peppermint vanilla, pink grapefruit, sea minerals, sweet water, vanilla crème, and waterfall scents claims to be "naturally derived," but contains the following synthetic ingredients: citric acid, colorant, fragrance, glycerin, methylisothiazolinone, methylchoroisothiazolinone, sodium citrate, and tocopheryl acetate.

20.     Method Naturally Derived Foam Hand Wash - Rebecca Atwood in herb garden,

sandalwood, sea spray, and sweet citrus scents claims to be "naturally derived," but contains the following synthetic ingredients: citric acid, decyl glucoside, glycerin, lauryl glucoside, colorant, fragrance, methylisothiazolinone, methylchoroisothiazolinone, sodium citrate, and tocopheryl acetate.

21.     Method Natural Daily Shower Cleaner in eucalyptus mint and ylang scents claims to be "natural," but contains the following synthetic ingredients: benzisothiazolinone, decyl glucoside and lauryl glucoside, fragrance, lactic acid, and potassium citrate.

22.     Method Natural All-Purpose Surface Cleaner and Method Natural All-Purpose Surface Cleaner – Rebecca Atwood in beach sage, clementine, cucumber, french lavender, ginger yuzu, honeycrisp apple, lemon mint, lime + sea salt, peppermint vanilla, pink grapefruit, sweet citrus, and white rosemary scents claims to be "natural," but contains the following synthetic ingredients: citric acid, colorant, fragrance, decyl glucoside and lauryl glucoside, potassium citrate, potassium hydroxide, and sodium gluconate.

23.     Method Naturally Derived Smarty Dish Plus Dishwasher Soap and Dishwasher tabs in lemon mint, pink grapefruit and fragrance free scents claims to be "naturally derived," but contains the following synthetic ingredients: fragrance, poloxamer 181, sodium citrate, sodium gluconate, and tetra-acetyl ethylene diamine.

24.     Method Naturally Derived Antibacterial Toilet Bowl Cleaner in spearmint scent claims to be "naturally derived," but contains the following synthetic ingredients: citric acid.

25.     Method Natural Glass + Surface Cleaner in mint and waterfall scents claims to be "natural," but contains the following synthetic ingredients: ethanol, decyl glucoside, colorant, fragrance, and potassium citrate.

26.     Method Naturally Derived Foaming Bathroom Cleaner in eucalyptus mint scent

6

claims to be "naturally derived," but contains the following synthetic ingredients: citric acid, decyl glucoside and lauryl glucoside, ethanol, fragrance, methylisothiazolinone, and sodium citrate.

27.     Method Naturally Derived 4x Concentrated Laundry Detergent in beach sage, free + clear, fresh clover, ginger mango, key lime + coconut, and spring garden scents claims to be "naturally derived," but contains the following synthetic ingredients: benzisothiazolinone, distyrylbiphenolsulfonate, fragrance, lactic acid, methylisothiazolinone, monoisopropylanolamine, phenoxyethanol, polyester, propanediol, and sodium citrate.

28.     Method Naturally Derived Dish + Hand Soap – Ocean Plastic in sea minerals and sweet water scents claims to be "naturally derived," but contains the following synthetic ingredients: citric acid, decyl glucoside and lauryl glucoside, ethanol, fragrance, glycerin, methylisothiazolinone, and methylchoroisothiazolinone.

29.     Method Natural Power Foam Dish Soap in french lavender, lemon mint, pink grapefruit, and waterfall scents claims to be "natural," but contains the following synthetic ingredients: benzisothiazolinone, citric acid, colorant, decyl glucoside and lauryl glucoside, ethanol, ethyl glycerin acetal levulinate, methylisothiazolinone, and potassium citrate.

30.     Method Natural Pure Naked Moisturizing Body Wash in olive leaf, magnolia, surfside, and white tea scents claims to be "natural," but contains the following synthetic ingredients:  benzyl alcohol, citric acid, cocamide MIPA, and glycol distearate.

31.     Method Naturally Derived Nourishing Hand Wash in almond flower, coconut milk, and olive leaf scents claims to be "naturally derived," but contains the following synthetic ingredients: allantoin, butylene glycol, fragrance, fructose, citric acid, glycol distearate, glucose, glycerin, maltose, methylisothiazolinone, methylchloroisothiazolinone,

pentylene glycol, sodium lactate, sodium PCA, trehalose, urea.

32.     Method Natural Gel and Foaming Body Wash in brambleberry gelato, coastal redwood, cucumber mint, desert lily, kelly moss, orange ginger sorbet, rice milk + mallow, ruby orange, sea mist, and southern peach scents, vanilla crème, water flower, and white cranberry scents claims to be "natural," but contains the following synthetic ingredients: citric acid, colorant, decyl glucoside, lauryl glucoside, fragrance, methylisothiazolinone, methylchloroisothiazolinone, propanediol, sodium citrate, and tocopheryl acetate.

33.     Method Naturally Derived Body Wash in kelly moss, rice milk + mallow, and white cranberry scents claims to be "naturally derived," but contains the following synthetic ingredients: citric acid, colorant, caprylhydroxamic acid, caprylyl glycol, and fragrance.

34.     Method Natural Dish Pump in beach sage, fresh currant, honeycrisp apple scents claims to be "natural," but contains the following synthetic ingredients: ethanol, colorant, citric acid, decyl glucoside and lauryl glucoside, fragrance, methylisothiazolinone, and methylchoroisothiazolinone.

35.     Method Fabric Softener in fresh air and lavender lilac scents contains the following synthetic ingredients: ethanol, citric acid, dicocoylethyl hydroxyethylmonium methosulfate and propylene glycol, glycerin, fragrance, methylisothiazolinone, methylchoroisothiazolinone, and PPG-2 methyl ether.

36.     Allantoin is a moisturizer that is listed on Defendant's website as "derived from synthetic sources." (Method, *Nourishing Hand Wash*, METHODHOME.COM, http://methodhome.com/products/nourishing-hand-wash-coconut-milk/ (last visited Oct. 21, 2015)).

37.     Benzisothiazolinone is a preservative that prevents bacterial growth, which

8

Defendant lists on its website as "made from synthetic materials." (Method, *Daily Shower Cleaner*, METHODHOME.COM, http://methodhome.com/products/daily-shower-cleaner-ylang-ylang/ (last visited Oct. 21, 2015)).

38.     Benzyl alcohol is a preservative that prevents bacterial growth, which Defendant lists on its website as "made from synthetic materials." (Method, *Pure Naked Body Wash*, METHODHOME.COM, http://methodhome.com/products/pure-naked-body-wash-white-tea/ (last visited Oct. 21, 2015)).

39.     Butylene glycol is a solvent that is listed on Defendant's website as "derived from synthetic sources." (Method, *Nourishing Hand Wash*, METHODHOME.COM, http://methodhome.com/products/nourishing-hand-wash-coconut-milk/ (last visited Oct. 21, 2015)).

40.     Caprylhydroxamic acid and caprylyl glycol are preservatives that are listed on Defendant's website as "made from synthetic materials." (Method, *Gel Body Wash*, METHODHOME.COM, h http://methodhome.com/products/gel-body-wash/ (last visited Oct. 21, 2015)).

41.     Colorant is listed on Defendant's website as "made from synthetic materials." (Method, *Daily Shower Cleaner*, METHODHOME.COM, http://methodhome.com/products/daily-shower-cleaner-ylang-ylang/ (last visited Oct. 21, 2015)).

42.     Citric acid is a weak organic acid found in citrus fruits. Citric acid is frequently used as a preservative and food additive to provide acidity and sour taste to foods and beverages. Citric acid can be derived in two ways: 1) through direct extraction from a citrus fruit (i.e. naturally), or 2) through industrial manufacturing and synthesis of glucose sources (i.e. unnaturally). Production from this latter method has been industry practice for the last 80

years. Federal regulations allow for two synthetic alternatives to natural extraction: 1) "mycological fermentation using Candida guilliermondii," and 2) by the "solvent extraction process […] for the recovery of citric acid from aspergillus niger fermentation liquor." 21 C.F.R. § 184.1033. Candida guilliermondii is a type of yeast that produces citric acid. Major industry food manufacturers predominantly create citric acid with aspergillus niger fermentation. Citric Acid is made synthetically by the fermentation of glucose. The principal sources of glucose in industry are genetically modified sugar beets and maize. This fermentation process increases the acidity of a microbe's environment, which makes it harder for bacteria and mold to survive and reproduce. The FDA and other federal agencies recognize Citric Acid as an unnatural substance when used as a food additive given the FDA's policy regarding the use of the term "natural" as nothing artificial or synthetic added to food that would not normally be expected to be in the food. *See* FDA Informal Warning Letter to the Hirzel Canning Company (August 29, 2001) ("the addition of calcium chloride and Citric Acid to these products preclude use of the term 'natural' to describe this product."); *See also*, U.S. International Trade Commission, Synthetic Organic Chemical Index, USCTIC Pub. 2933, at 3-105 (Nov. 1995). Further, to increase Citric Acid yields, the genetic engineering of aspergillus niger that is used to create Citric Acid has been an industry focus since the 1990s. Thus, not only are the glucose sources of citric acid genetically modified, but the aspergillus niger used to ferment the glucose that creates Citric Acid is genetically modified.

43.     Cocamide MIPA is a surfactant that derives from corn sugars, coconut, or palm oil, (Method, *Pure Naked Body Wash,* METHODHOME.COM, http://methodhome.com/products/pure-naked-body-wash-white-tea/ (last visited Oct. 21, 2015)). 89% of corn in the United States is genetically modified.

44.     Dicocoylethyl hydroxyethylmonium methosulfate and propylene glycol optical is a softening agent that is listed on Defendant's website as "made from synthetic materials." (Method, *Fabric softener*, METHODHOME.COM, http://methodhome.com/products/fabric-softener-50-fresh-air/ (last visited Apr. 22, 2016)).

45.     Decyl glucoside and lauryl glucoside is a surfactant that derives from corn sugars, coconut, or palm oil, (Method, *Gel Hand Wash*, METHODHOME.COM, http://methodhome.com/products/daily-shower-cleaner-ylang-ylang/ (last visited Oct. 21, 2015). 89% of corn in the United States is genetically modified.

46.     Distyrylbiphenolsulfonate is an optical brightener that is listed on Defendant's website as "made from partly synthetic materials." (Method, *4x laundry*, METHODHOME.COM, http://methodhome.com/products/4x-laundry-spring-garden/ (last visited Oct. 21, 2015)).

47.     Ethanol is an alcohol fermented from plant sugars such as corn or sugar beets. (Method, *bathroom cleaner,* METHODHOME.COM, http://methodhome.com/products/bathroom-cleaner/ (last visited Oct. 21, 2015)). 89% of corn in the United States is genetically modified.

48.     Ethyl glycerin acetal levulinate and ethyl levulinate propylene glycol ketal are solvents derived from corn stalks.  (Method, *glass + surface cleaner,* METHODHOME.COM, methodhome.com/products/glass- surface-cleaner-mint/ (last visited Oct. 21, 2015)). 89% of corn in the United States is genetically modified.

49.     Fragranc*e* is listed on Defendant's website as "made from partly synthetic materials."     (Method,     *Gel     Hand     Wash*,     METHODHOME.COM, http://methodhome.com/products/daily-shower-cleaner-ylang-ylang/ (last visited Oct. 21, 2015)).

50.     Fructose is a moisturizer that derives from sugar beets. Method, *Nourishing*

11

*Hand Wash*, Methodhome.com, http://methodhome.com/products/nourishing-hand-wash-coconut-milk/ (last visited Oct. 21, 2015)). 95% of sugar beets in the United States are genetically modified.

51.     Glucose is a moisturizer that derives from plant sugars including corn, potato, and sweet potato. (Method, *Nourishing Hand Wash*, METHODHOME.COM, http://methodhome.com/products/nourishing-hand-wash-coconut-milk/ (last visited Oct. 21, 2015)). 89% of corn in the United States is genetically modified.

52.     Glycerin is a moisturizer that is derived from plant sources such as rapeseed or corn. (Method, *Nourishing Hand Wash*, METHODHOME.COM, http://methodhome.com/products/nourishing-hand-wash-coconut-milk/ (last visited Oct. 21, 2015)). 89% of corn in the United States is genetically modified.

53.     Glycol distearate is a skin moisturizer that is listed on Defendant's website as "made from partly synthetic materials." (Method, *Pure Naked Body Wash*, Methodhome.com, http://methodhome.com/products/pure- naked-body-wash-white-tea/ (last visited Oct. 21, 2015)).

54.     Coco-glucoside is a surfactant that derives from corn sugars, coconut, or palm oil. (Method, *Gel Hand Wash*, METHODHOME.COM, http://methodhome.com/products/daily-shower-cleaner-ylang-ylang/ (last visited Oct. 21, 2015)). 89% of corn in the United States is genetically modified.

55.     Lactic acid is a water softener that is derived from plant sugars such as corn. (Method, *Daily Shower Cleaner*, METHODHOME.COM, http://methodhome.com/products/daily-shower-cleaner-ylang-ylang/ (last visited Oct. 21, 2015)). 89% of corn in the United States is genetically modified.

56.     Maltose is a moisturizer that derives from plant sugars including corn, potato, and sweet potato. (Method, *Nourishing Hand Wash*, METHODHOME.COM, http://methodhome.com/products/nourishing-hand-wash-coconut-milk/ (last visited Oct. 21, 2015)). 89% of corn in the United States is genetically modified.

57.     Methylisothiazolinone is a preservative that is listed on Defendant's website as "made from synthetic materials." (Method, *Daily shower cleaner*, METHODHOME.COM, http://methodhome.com/products/daily-shower-cleaner-ylang-ylang/ (last visited Oct. 21, 2015)).

58.     Methylchoroisothiazolinone is a preservative that is listed on Defendant's website as "made from synthetic materials." (Method, *Daily Shower Cleaner*, METHODHOME.COM, http://methodhome.com/products/daily- shower-cleaner-ylang-ylang/ (last visited Oct. 21, 2015)).

59.     Monoisopropylanolamine is a solvent that is listed on Defendant's website as "made from synthetic materials." (Method, *4x Laundry*, METHODHOME.COM, http://methodhome.com/products/4x-laundry-key-lime-coconut-2/ (last visited Apr. 22, 2016)).

60.     Phenoxyethanol is an antioxidant that is listed on Defendant's website as "made from synthetic materials." (Method, *Daily Shower Cleaner*, METHODHOME.COM, http://methodhome.com/products/daily-shower-cleaner-ylang-ylang/ (last visited Oct. 21, 2015)).

61.     Pentylene glycol is an emulsifier that is listed on Defendant's website as "derived from synthetic sources." (Method, *Nourishing Hand Wash*, METHODHOME.COM, http://methodhome.com/products/nourishing-hand-wash-coconut-milk/ (last visited Oct. 21, 2015)).

62.     Polyester is a chemical that is listed on Defendant's website as "made from synthetic materials." (Method, *4x Laundry,* METHODHOME.COM, http://methodhome.com/products/4x-laundry-spring-garden/ (last visited Oct. 21, 2015)).

63.     Potassium citrate and hydroxide is a pH optimizer that is derived from plant sugars such as corn. (Method, *All-Purpose Cleaner,* METHODHOME.COM, http://methodhome.com/products/all-purpose-cleaner-honeycrisp-apple-2/ (last visited Apr. 22, 2016)). 89% of corn in the United States is genetically modified.

64.     PPG-2 methyl ether is a solvent that is listed on Defendant's website as "made from synthetic materials." (Method, *4x Laundry,* METHODHOME.COM, http://methodhome.com/products/4x-laundry- spring-garden/ (last visited Oct. 21, 2015)).

65.     Propanediol is a solvent that is derived from plant sugars such as corn. (Method, *Fabric Softener,* METHODHOME.COM, http://methodhome.com/products/fabric-softener-50-fresh-air/ (last visited Apr. 22, 2016)). 89% of corn in the United States is genetically modified.

66.     Sodium Citrate, the sodium salt of citric acid, is derived from plant sugars such as corn. 21 C.F.R. § 184.1751. (Method, *Gel Hand Wash*, METHODHOME.COM, methodhome.com/products/gel-hand-wash-green-tea-aloe/ (last visited Oct. 21, 2015)). 89% of corn in the United States is genetically modified.

67.     Sodium gluconate is the sodium salt of gluconic acid that is derived from plant sugars such as corn. (Method, *All-Purpose Cleaner*, METHODHOME.COM, http://methodhome.com/products/all- purpose-cleaner-french-lavender/ (last visited Oct. 21, 2015)). 89% of corn in the United States is genetically modified.

68.     Sodium lactate is a moisturizer that is listed on Defendant's website as "derived

14

from synthetic sources." (Method, *Nourishing Hand Wash*, METHODHOME.COM, http://methodhome.com/products/nourishing-hand-wash-coconut-milk/ (last visited Oct. 21, 2015)).

69.     Sodium PCA is a moisturizer that is listed on Defendant's website as "derived from synthetic sources." (Method, *Nourishing Hand Wash*, METHODHOME.COM, http://methodhome.com/products/nourishing-hand-wash-coconut-milk/ (last visited Oct. 21, 2015)).

70.     Poloxamer 181 is a surfactant cleaning agent that is listed on Defendant's website as "made from synthetic materials." (Method, *Smarty Dish Plus 24ct*, METHODHOME.COM, http://methodhome.com/products/smarty-dish-plus-24-count/ (last visited Oct. 21, 2015)).

71.     Tetra-acetyl ethylene diamine is an oxidizing cleaner that is listed on Defendant's website as "made from synthetic materials." (Method, *Smarty Dish Plus 24ct*, METHODHOME.COM, http://methodhome.com/products/smarty-dish-plus-24-count/ (last visited Oct. 21, 2015)).

72.     Tocopheryl acetate is a fat-soluble vitamin that can be isolated from vegetable oils such as corn. (Method, *All-Purpose Cleaner*, METHODHOME.COM, http://methodhome.com/products/all- purpose-cleaner-french-lavender/ (last visited Oct. 21, 2015)). 89% of corn in the United States is genetically modified.

73.     Trehalose is a moisturizer that is derived from corn starch. (Method, *Nourishing Hand Wash*, METHODHOME.COM, http://methodhome.com/products/nourishing-hand-wash-coconut-milk/ (last visited Oct. 21, 2015)). 89% of corn in the United States is genetically modified.

74.     Urea is a moisturizer that is listed on Defendant's website as "derived from

synthetic      sources." (Method, *Nourishing     Hand    Wash*, METHODHOME.COM,
http://methodhome.com/products/nourishing-hand-wash-coconut-milk/ (last visited Oct. 21,
2015)).

75.     Plaintiff and reasonable consumers reasonably believe and assume that products
labeled "natural" and/or "naturally derived" do not contain any added color, artificial flavors,
or synthetic substances.

76.     Neither Plaintiff nor any reasonable consumer would expect synthetic,
potentially harmful ingredients to be in Products labeled "natural" and/or "naturally derived."

77.     Neither Plaintiff nor any reasonable consumer when reviewing the Products'
labels would know or should know that the Synthetic Ingredients are not in fact natural.

78.     As a result of Defendants' deceitful labels, Defendants were able to charge and
Plaintiff and class members paid a premium for the supposed "natural" and/or "naturally
derived" Products.  Because they are not in fact "natural" or "naturally derived," the Products
were worth less than they were represented to be, and Plaintiff and class members paid extra
for them.

79.     Defendants' misrepresentation constitutes unfair or deceptive acts or practices,
including but not limited to the use or employment of any deception, fraud, false pretense,
false promise, misrepresentation.

80.     Pursuant to Federal Rule of Civil Procedure 23, Plaintiff bring this class action
individually and on behalf of all others similarly situated throughout the United States, and
seeks certification of the claims and certain issues in this action, pursuant to Rule 23(a), (b)(2),
and/or (b)(3), for consumers who purchased the Products throughout the United States, for

16

personal use and not resale ("Class Members" of the "Class") consisting of:

> All persons in the United States who purchased Method Products labeled "Natural" and/or "Naturally Derived" in the five years preceding the filing of the Complaint in this case (the "Class Period").

81.     Excluded from the Class are: (a) federal, state, and/or local governments, including, but not limited to, their departments, agencies, divisions, bureaus, boards, sections, groups, counsels, and/or subdivisions; (b) any entity in which Defendant has a controlling interest, to include, but not limited to, their legal representative, heirs, and successors; (c) all persons who are presently in bankruptcy proceedings or who obtained a bankruptcy discharge in the last three years; and (d) any judicial officer in the lawsuit and/or persons within the third degree of consanguinity to such judge.

82.     Upon information and belief, the Class consists of tens of millions of purchasers. Accordingly, it would be impracticable to join all Class Members before the Court.

83.     There are numerous and substantial questions of law or fact common to all of the members of the Class and which predominate over any individual issues.  Included within the common question of law or fact are:

a.  Whether the representation that the Products are "natural" or "naturally derived" is unfair, false, misleading, and deceptive;

b.  Whether Defendants violated the ICFA by selling the Products with false, misleading, and deceptive representations;

c.  Whether Defendants intended that Plaintiff and the Class Members would rely on its "natural" and "naturally derived" representations;

17

d. Whether Defendants' acts constitute deceptive, unfair, and fraudulent business acts and practices or deceptive, untrue, and misleading merchandising practices;

e. Whether Defendants has been unjustly enriched; and

f. The proper measure of damages sustained by Plaintiff and Class Members.

84.    The claims of the Plaintiff are typical of the claims of Class Members, in that they share the above-referenced facts and legal claims or questions with Class Members, there is a sufficient relationship between the damage to Plaintiff and Defendants' conduct affecting Class Members, and Plaintiff has no interests adverse to the interests other Class Members.

85.    Plaintiff will fairly and adequately protect the interests of Class Members and have retained counsel experienced and competent in the prosecution of complex class actions including complex questions that arise in consumer protection litigation.

86.    A class action is superior to other methods for the fair and efficient adjudication of this controversy, since individual joinder of all Class Members is impracticable and no other group method of adjudication of all claims asserted herein is more efficient and manageable for at least the following reasons:

a. The claim presented in this case predominates over any questions of law or fact, if any exists at all, affecting any individual member of the Class;

b. Absent a Class, the Class Members will continue to suffer damage and Defendants' unlawful conduct will continue without remedy while Defendant profits from and enjoys its ill-gotten gains;

c. Given the size of individual Class Members' claims, few, if any, Class Members could afford to or would seek legal redress individually for the wrongs Defendant committed against them, and absent Class Members

18

have no substantial interest in individually controlling the prosecution of individual actions;

d.  When the liability of Defendants have been adjudicated, claims of all Class Members can be administered efficiently and/or determined uniformly by the Court; and

e.  This action presents no difficulty that would impede its management by the court as a class action which is the best available means by which Plaintiff and members of the Class can seek redress for the harm caused to them by Defendant.

87.  Because Plaintiff seeks relief for the entire Class, the prosecution of separate actions by individual members of the Class would create a risk of inconsistent or varying adjudications with respect to individual member of the Class which would establish incompatible standards of conduct for Defendant.

88.  Further, bringing individual claims would overburden the Courts and be an inefficient method of resolving the dispute which is the center of this litigation.  Adjudications with respect to individual members of the Class would, as a practical matter, be dispositive of the interest of other members of the Class who are not parties to the adjudication and may impair or impede their ability to protect their interests.  As a consequence, class treatment is a superior method for adjudication of the issues in this case.

89.  Defendant has acted on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole.

## CLAIMS FOR RELIEF

### Count I

### Violation of the ICFA

90.     Plaintiff repeats and re-alleges the allegations of the preceding paragraphs as if fully set forth herein.

91.     The ICFA declares the following to be unlawful: "Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact…in the conduct of any trade or commerce[.]" 815 Ill. Comp. Stat. Ann. 505/2.

92.     Defendants' conduct in advertising and selling the Products as "natural" and/or "naturally derived" when they in fact contain the Synthetic Ingredients constitutes the act, use and employment of deception, fraud, false pretenses, false promises, misrepresentation, and unfair practices in the conduct of Defendants' trade or commerce.

93.     Defendants intended that Plaintiff and the Class Members would rely on its "natural" and "naturally derived" representations.  Defendants are aware that consumers like Plaintiff and Class Members are becoming more and more interested in purchasing natural, healthy products that do not contain synthetic, potentially harmful ingredients.  Defendant intended to prey on this interest.

94.     The "natural" and "naturally derived" misrepresentations are material because they concern the type of information upon which a reasonable consumer would be expected to

20

rely in making a decision whether to purchase.

95.     Because Defendants are in the business of selling cleaning products, Defendants committed the unfair and deceptive acts in the conduct of its trade and commerce.

96.     Defendant's practice of advertising and selling the Products as "natural" and/or "naturally derived" when they in fact contain the Synthetic Ingredients is also unfair.  The practice offends public policy and is immoral, unethical, and unscrupulous because Illinois consumers are increasingly interested in purchasing and using healthy, truly natural products without synthetic substances. Selling the Products as "natural" when they are not offends the public's expectation to be told the truth about the products they are buying.

97.     Defendants' conduct causes substantial injury to consumers.  Not only are consumers being misled into purchasing Products that are not what they are represented to be, but exposing consumers to unwanted and potentially harmful synthetic ingredients is substantially injurious.

98.     Neither Plaintiff nor any reasonable consumer would expect to find synthetic ingredients in Products labeled "natural" and/or "naturally derived."

99.     Neither Plaintiff nor any reasonable consumer when reviewing the Products' labels would know nor should know that the Synthetic Ingredients are not natural.

100.     Because the Products are not "natural" or "naturally derived" as they are represented to be, the Products as sold were worth less than the Products as represented, and Plaintiff and Class Members paid a premium for them.  Had the truth be known, Plaintiff and Class Members would not have purchased the Products.

101.     Plaintiff and Class Members were deceived by the "natural" and/or "naturally

derived" labels on the Products and suffered economic damages as a proximate result of Defendant's unlawful conduct as alleged herein, including the difference between the actual value of the Products and the value of the Products if they had been as represented.

102.     Plaintiff also seeks to enjoin Defendants' ongoing deceptive practices relating to its claims on the Products' labels and advertising.

## Count II

### Negligent Misrepresentation

103.     Plaintiff repeats and re-alleges the allegations of the preceding paragraphs as if fully set forth herein.

104.     Defendants have negligently represented that the Products are "Natural" and/or "Naturally Derived," when in fact, the Products contain Synthetic Ingredients.

105.     Defendants have misrepresented a material fact to the public, including the Plaintiff and other Putative Class Members, about its Products; specifically, that the Products are "Natural" and/or "Naturally Derived," when in fact, the Products contain Synthetic Ingredients.

106.     Defendants knew or should have known that these omissions would materially affect the Plaintiff's and other Putative Class members' decisions to purchase the Product.

107.     Plaintiff and the other reasonable consumers, including the Putative Class members, reasonably relied on Defendants' representations set forth herein, and, in reliance thereon, purchased the Products.

108.     The reliance by the Plaintiff and Putative Class members was reasonable and justified in that Defendants appeared to be, and represented itself to be, a reputable business,

and it distributed the Products through reputable companies.

109.    Plaintiff and the Putative Class would not have been willing to pay for Defendants' Products if they knew that they were not "Natural" and/or "Naturally Derived," and instead, contained unnatural, synthetic, and/or genetically modified ingredients.

110.    As a direct and proximate result of these misrepresentations, Plaintiff and members of the Putative Class were induced to purchase and consume Defendants' Products, and have suffered damages to be determined at trial in that, among other things, they have been deprived of the benefit of their bargain in that they bought Products that were not what they were represented to be, and they have spent money on Products that had less value than was reflected in the premium purchase price they paid for the Products.

111.    Plaintiff demands judgment for damages against Defendants, including all costs associated with prosecuting this matter, prejudgment interest, and attorney's fees if so warranted, and such further relief as this Court deems just and proper.

## Count III

### Unjust Enrichment

112.    Plaintiff repeats and re-alleges the allegations of the preceding paragraphs as if fully set forth herein.

113.    By purchasing the Products, Plaintiff and the class members conferred a benefit on Defendants in the form of the purchase price of the fraudulent Products.

114.    Defendants appreciated the benefit because, were consumers not to purchase the Products, Defendants would have no sales and make no money.

115.    Defendants' acceptance and retention of the benefit is inequitable and unjust

and violates the fundamental principles of justice, equity, and good conscience because the benefit was obtained by Defendants' fraudulent and misleading representations about the Products.

116.     Equity cannot in good conscience permit Defendants to be economically enriched for such actions at Plaintiff and Class Members' expense and in violation of Illinois law, and therefore restitution and/or disgorgement of such economic enrichment is required.

<strong>PRAYER FOR RELIEF</strong>

WHEREFORE, Plaintiff, individually and on behalf of all similarly situated persons, prays the Court:

a.     Grant certification of this case as a class action;

b.     Appoint Plaintiff as Class Representative and Plaintiff's counsel as Class Counsel;

c.     Award compensatory damages to Plaintiff and the proposed Class, or, alternatively, require Defendant to disgorge or pay restitution of its ill-gotten gains;

d.     For an award of declaratory and equitable relief declaring Defendants' conduct to be in violation of ICFA and enjoining Defendant from continuing to engage, use, or employ any unfair and/or deceptive business acts or practices related to the design, manufacture, assembly, development, marketing, and advertising of the Products for the purpose of selling the Products in such manner as set forth in detail above or making any claims found to violate ICFA or the other causes of action as set forth above;

e.     Award pre- and post-judgment interest;

  f.  Award reasonable and necessary attorneys' fees and costs; and

  g.  For all such other and further relief as may be just and proper.


       Respectfully submitted,


    By: <u>/s/ Matthew H. Armstrong</u>
       Matthew H. Armstrong (ARDC 6226591)
       ARMSTRONG LAW FIRM LLC
       8816 Manchester Rd., No. 109
       St. Louis MO 63144
       Tel:  314-258-0212
       Email: matt@mattarmstronglaw.com

       David C. Nelson (ARDC 6225722)
       NELSON & NELSON, ATTORNEYS AT LAW, P.C.
       420 North High Street
       Belleville IL 62220
       Tel:  618-277-4000
       Email: dnelson@nelsonlawpc.com

       Stuart L. Cochran
       Texas State Bar No. 24027936
       COCHRAN LAW PLLC
       12720 Hillcrest Rd., Ste. 1045
       Dallas, TX 75230
       Tel:  214-300-1765
       Email: scochran@scochranlaw.com

       Attorneys for Plaintiff and the Putative Class